1    Daniel J. Herling (SBN 103711)
     djherling@mintz.com
2    Samantha J. Duplantis (SBN 316012)
     sjduplantis@mintz.com
3    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
     44 Montgomery Street, 36th Floor
4    San Francisco, CA 94104
     Telephone:  415 432 6000
5    Facsimile:   415 432 6001

6    Attorneys for Defendant,
     HARBOR FREIGHT TOOLS USA, INC.
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11   GEORGE OLMOS AND FRANKLIN              Case No.  3:18-CV-04986-SK
     CARABALLO, INDIVIDUALLY AND ON
12   BEHALF OF ALL OTHERS SIMILARLY        **DEFENDANT'S NOTICE OF**
     SITUATED                              **MOTION AND MOTION TO**
13                                         **DISMISS COMPLAINT PURSUANT**
                                           **TO RULE 12(b)(1)**
14                Plaintiff,
                                           Date:      November 5, 2018
15         vs.                             Time:      9:30 a.m.
                                           Ctrm:      A
16   HARBOR FREIGHT TOOLS USA, INC.        Judge:     Hon. Sallie Kim

17                Defendant.               Complaint Filed    August 15, 2018
                                           Trial Date:         Not set
18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE
12(B)(1); Case No.  3:18-CV-04986-SK

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that on November 5, 2018, at 9:30 a.m., or as soon thereafter as

3    the parties may be heard, the Defendant in this action, Harbor Freight Tools USA, Inc., will move

4    this Court at the United States Courthouse located at 450 Golden Gate Avenue, San Francisco,

5    California, 94102, before the Honorable Sallie Kim in Courtroom A, for an Order dismissing the

6    Complaint in its entirety to Federal Rule of Civil Procedure 12(b)(1).

7          This Motion is based on the following documents: this Notice of Motion and Motion; the

8    accompanying Memorandum of Law; the Declaration of Danni Cugini, filed concurrently herewith;

9    the exhibits attached thereto; the Proposed Order submitted herewith; the Complaint on file herein;

10   any oral arguments to be made at the hearing on this Motion; and all the other papers, documents,

11   or exhibits on file or to be filed in this action.

12

13   DATED: October 1, 2018                          Respectfully Submitted,

14                                                    MINTZ LEVIN COHN FERRIS
                                                      GLOVSKY AND POPEO PC
15

16                                                    By:    */s/Daniel J. Herling*
                                                             Daniel J. Herling
17                                                           Samantha J. Duplantis

18
                                                      Attorneys for Defendant,
19                                                    HARBOR FREIGHT TOOLS USA, INC.

20

21

22

23

24

25

26

27

28

1