UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE OLMOS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>　　　　Defendant. | Case No.  18-cv-04986-SK<br><br>**ORDER REGARDING PROPOSED BRIEFING SCHEDULE, SETTING HEARING DATE, AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 19 |

　　　　The parties seek to extend the briefing schedule for responding to Plaintiff's first amended complaint.  The Court GRANTS IN PART AND DENIES IN PART, the parties' request.  The Court hereby issues the following modified briefing schedule:

　　　　**October 29, 2018: Deadline for Defendant's Response to First Amended Complaint**

　　　　**November 19, 2018:  Deadline for Opposition to Defendant's Motion**

　　　　**December 3, 2018:　　Defendant's Reply to Plaintiffs' Opposition**

　　　　**December 17, 2018 at 1:30 PM:　　Hearing on Motion**

　　　　**Further, the case management conference initially set for November 19, 2018 is hereby continued to December 17, 2018 at 1:30 PM.**  A joint case management conference statement, including a proposed case management schedule shall be filed no later than **December 10, 2018.**

　　　　Finally, the Court reminds the parties that when filing a stipulation or motion, a proposed order shall be simultaneously submitted to the Court's email address at skpo@cand.uscourts.gov.

　　　　**IT IS SO ORDERED**.

Dated: October 16, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge